IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3066 |
| vs. | ORDER |
| TESS LYNN KLEINKNECHT, | |
| Defendant. | |

    This matter is before the Court on the defendant's motion (filing 54) to reduce her sentence pursuant to 18 U.S.C. § 3582(c)(2), which provides that the Court may modify a term of imprisonment if the "defendant has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." The Court will deny the motion.

    Because § 3582(c)(2) authorizes a reduction *only* if it is consistent with policy statements issued by the Sentencing Commission, the Court must determine that a reduction is consistent with U.S.S.G. § 1B1.10 before it may consider whether the authorized reduction is warranted. *Dillon v. United States*, 560 U.S. 817, 826 (2010); *see also United States v. Higgins*, 584 F.3d 770, 772 (8th Cir. 2009); *United States v. Starks*, 551 F.3d 839, 842-43 (8th Cir. 2009). Only amendments enumerated in § 1B1.10(d) may be applied retroactively. *United States v. Hernandez*, 18 F.3d 601, 602 (8th Cir. 1994); *United States v. Dowty*, 996 F.2d 937, 938-39 (8th Cir. 1993).

    The defendant points to U.S.S.G. Amend. 833, which revised U.S.S.G. § 2D1.1. She asserts that Amend. 833 "has been made retroactive" because it's "expressly listed in U.S.S.G. §1B1.10(d)." Filing 55 at 1-2. But that's not true.

*See* § 1B1.10(d). The Sentencing Commission *considered* whether to make Amend. 833 retroactive. *See* Sentencing Guidelines for United States Courts, 90 Fed. Reg. 19798, 19856, 2025 WL 1373272 (May 9, 2025). But after public notice and comment, the Commission decided not to. *See U.S. Sentencing Comm'n Pub. Meeting Minutes*, https://perma.cc/TXT3-7ZUT (Aug. 6, 2025).

Because Amend. 833 is not retroactive, the Court cannot apply it pursuant to § 3582(c)(2). Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 54) is denied.

Dated this 18th day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge